UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIANE WALES,
        Plaintiff,

V.

WORLD FUNDING CORP.,
        Defendants.

Case No.  CV-07-670-JF

ORDER TO SHOW CAUSE

    A case management conference in the above matter was held before the Honorable Jeremy Fogel on March 28, 2008.  No appearance was made by Defendants.  Defendants are hereby ordered to show cause, on May 2, 2008 at 10:30 a.m. why their answers should not be stricken and why defaults should not be entered against World Funding, Ryan and Crittendon.  Defendants shall file a response to this Order on or before April 25, 2008.

Dated: April 2, 2008

_____
JEREMY FOGEL
United States District Judge